# EXHIBIT #1

**Brian G. Heyer**

~~████████████~~

Greenville, WI 54942-8695

S. S. # ~~████████~~ | D.O.B. ~~████████~~

September 18, 2017

Experian
P.O. Box 2002
Allen, TX 75013

### <u>**Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).**</u>

To Whom It May Concern:

Please send me in writing <u>ALL INFORMATION</u> in my consumer file at Experian as of the date that you receive this letter regardless of how or where it is stored. Pursuant to 15 U.S. Code 1681g(a)(1), mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting the following:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at Experian.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Experian.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Experian used to adversely characterize me

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Experian in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Experian.

Thank you in advance for promptly satisfying this request.

Thank You,

*Brian G. Heyer*

Brian G. Heyer

**Attached**: Copy of my Social Security Card & Drivers License is attached
Sent: USPS Certified Mail # 7017 0660 0000 8958 6089
Return Receipt Requested

**Scans of my driver's license and my social security card
to accompany my letter dated and mailed Sept. 18, 2017,
U.S.P.S. Certified mail #   7017 0660 0000 8958 6087**



**Brian G. Heyer**

██████████████████

Greenville, WI  54942-8695

S. S. # ███████████  |  D.O.B. ███████████

September 18, 2017

TransUnion
P.O. Box 2000
Chester, PA 19022

### <u>Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).</u>

To Whom It May Concern:

Please send me in writing <u>ALL INFORMATION</u> in my consumer file at TransUnion as of the date that you receive this letter regardless of how or where it is stored. Pursuant to 15 U.S. Code 1681g(a)(1), mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting the following:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at TransUnion.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from TransUnion.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at TransUnion used to adversely characterize me.

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by TransUnion in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate.

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from TransUnion.

Thank you in advance for promptly satisfying this request.

Regards,

*Brian G. Heyer*

Brian G. Heyer

**Attached**: Copy of my Social Security Card & Drivers License is attached
Sent:  USPS Certified Mail # 7017 0660 0000 8958 6070
      Return Receipt Requested

**Scans of my driver's license and my social security card to accompany my letter dated and mailed Sept. 18, 2017, U.S.P.S. Certified mail # 7017 0660 0000 8958 6070**



## Brian G. Heyer

~~██████████████~~

Greenville, WI  54942-8695

S. S. # ~~██████████~~  |  D.O.B. ~~██████████~~

September 18, 2017

Equifax
P.O. Box 740256
Atlanta, GA 30374

### **Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).**

To Whom It May Concern:

Please send me in writing **ALL INFORMATION** in my consumer file at Equifax as of the date that you receive this letter regardless of how or where it is stored. Pursuant to 15 U.S. Code 1681g(a)(1), mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting the following:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at Equifax.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Equifax.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Equifax used to adversely characterize me

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Equifax in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Equifax.

Thank you in advance for promptly satisfying this request.

Thank You,

*Brian G. Heyer*

Brian G. Heyer

**Attached:** Copy of my Social Security Card & Drivers License is attached
Sent:  USPS Certified Mail # 7017 0660 0000 8958 6063
Return Receipt Requested

**Scans of my driver's license and my social security card
to accompany my letter dated and mailed Sept. 18, 2017,
U.S.P.S. Certified mail #   7017 0660 0000 8958 6063**





U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

ALLEN TX 75013

OFFICIAL USE

Certified Mail Fee $3.35
$2.75                    0959
Extra Services & Fees (check box, add fee as appropriate)    04
☐ Return Receipt (hardcopy)        $ _____
☐ Return Receipt (electronic)      $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.49
$                              09/18/2017
Total Postage and Fees $6.59

Sent To  Experian
Street and Apt. No., or PO Box No.  P O Box 2002
City, State, ZIP+4®  Allen TX 75013

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $3.35                    0959
$2.75                              04
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.49
$                              09/18/2017
Total Postage and Fees $6.59

Sent To  Trans Union
Street and Apt. No., or PO Box No.  P O Box 2000
City, State, ZIP+4®  Chester, PA 19022

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

ATLANTA GA 30374

OFFICIAL USE

Certified Mail Fee $3.35                    0959
$2.75                              04
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00      Postmark
☐ Certified Mail Restricted Delivery $ $0.00      Here
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $0.49
$                              09/18/2017
Total Postage and Fees $6.59

Sent To  Equifax
Street and Apt. No., or PO Box No.  P O Box 740256
City, State, ZIP+4®  Atlanta GA 30374

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

GREENVILLE
N1886 MUNICIPAL DR
GREENVILLE
WI
54942-9747
5634600959
09/18/2017    (800)275-8777    1:53 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Mail Letter | 1 | $0.49 |
| (Domestic) (ATLANTA, GA 30374) (Weight:0 Lb 0.50 Oz) (Expected Delivery Day) (Thursday 09/21/2017) | | |
| Certified | 1 | $3.35 |
| (@@USPS Certified Mail #) (70170660000089586063) | | |
| Return Receipt | 1 | $2.75 |
| (@@USPS Return Receipt #) (9590940219426123313555) | | |
| First-Class Mail Letter | 1 | $0.49 |
| (Domestic) (CRUM LYNNE, PA 19022) (Weight:0 Lb 0.60 Oz) (Expected Delivery Day) (Thursday 09/21/2017) | | |
| Certified | 1 | $3.35 |
| (@@USPS Certified Mail #) (70170660000089586070) | | |
| Return Receipt | 1 | $2.75 |
| (@@USPS Return Receipt #) (9590940219426123313562) | | |
| First-Class Mail Letter | 1 | $0.49 |
| (Domestic) (ALLEN, TX 75013) (Weight:0 Lb 0.50 Oz) (Expected Delivery Day) (Thursday 09/21/2017) | | |
| Certified | 1 | $3.35 |
| (@@USPS Certified Mail #) (70170660000089586087) | | |
| Return Receipt | 1 | $2.75 |
| (@@USPS Return Receipt #) (9590940219426123313579) | | |

| Total | $19.77 |
|---|---|
| Cash | $20.00 |
| Change | ($0.23) |

Bill #:  840-55300829-1-1270244-2
Clerk:  04



USPS Tracking®

Add a tracking number

70170660000089586087

**Delivered:**
ALLEN, TX 75013 on
September 22, 2017 at 5:50 pm

70170660000089586070

**Delivered:**
CRUM LYNNE, PA 19022 on
September 21, 2017 at 2:41 pm

**Expected Delivery by:**
Thursday, September 21, 2017
by 8:00pm

70170660000089586063

**Delivered:**
ATLANTA, GA 30348 on
September 21, 2017 at 12:24...

**Expected Delivery on:**
On Time:
Thursday, September 21, 2017
by 8:00pm

UPDATED 1/14/2018 2:45 PM

# EXHIBIT  #2

Brian G. Heyer
~~████████████████~~
Greenville, WI 54942-8695
S. S. #~~████████~~|  D.O.B.~~████████~~

Oct. 10, 2017

Experian
P.O. Box 2002
Allen, TX 75013

## Final Request Pursuant to 15 U.S.C. § 1681g(a)(1)

To Whom It May Concern:

I am writing in regard to your response to my initial request for my *Full Consumer File Disclosure*. My request was very specific, and I provided the exact sections of the FCRA which require you to provide it to me (see copy of my original letter attached). Your response was not correct in that you did not provide the *Full Consumer File Disclosure* as requested. I will once again state that I am requesting my *Full Consumer File Disclosure* pursuant to 15 U.S.C. § 1681g(a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the *Full Consumer File Disclosure* as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the *Full Consumer File Disclosure* within the past 12 months, and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my *Full Consumer File Disclosure* in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as was provided with my initial request,** I am enclosing a copy of my driver's license and Social Security Card for identification purposes. You are instructed to mask the first five digits of my Social Security Number in all writings you return to me.

Thank you in advance for promptly satisfying this request.

Regards,

*Brian G. Heyer*

Brian G. Heyer

**Attached:** Copies of my Social Security Card & Driver's License and my initial request are attached
Sent via U.S.P.S. Certified Mail # 7017 0660 0000 8958 6094, Return Receipt Requested

Scans of my driver's license and my social security card
to accompany my letter dated and mailed Oct. 10, 2017,
U.S.P.S. Certified mail #   7017 0660 0000 8958 6094





**Brian G. Heyer**

████████████████████████

Greenville, WI 54942-8695

S. S. # ████████████ | D.O.B. ████████████

September 18, 2017

Experian
P.O. Box 2002
Allen, TX 75013

### Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).

To Whom It May Concern:

Please send me in writing ALL INFORMATION in my consumer file at Experian as of the date that you receive this letter regardless of how or where it is stored. Pursuant to 15 U.S. Code 1681g(a)(1), mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting the following:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at Experian.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Experian.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Experian used to adversely characterize me

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Experian in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Experian.

Thank you in advance for promptly satisfying this request.

Thank You,

*Brian G. Heyer*

Brian G. Heyer

Attached: Copy of my Drivers License is attached
Sent: USPS Certified Mail # 7017 0660 0000 8958 6087
Return Receipt Requested

Brian G. Heyer

~~████████████~~
Greenville, WI 54942-8695
S. S. ~~████████~~ | D.O.B ~~████████~~

Oct. 10, 2017

Trans Union
P.O. Box 2000
Chester, PA 19022

## <u>Final Request Pursuant to 15 U.SC. § 1681g(a)(1)</u>

To whom it may concern:

I am writing in regard to your response to my initial request for my ***Full Consumer File Disclosure***. My request was very specific and I provided the exact sections of the FCRA which require you to provide it to me (see copy of my original letter attached). Your response was not correct in that you did not provide the ***Full Consumer File Disclosure*** as requested. I will once again state that I am requesting my ***Full Consumer File Disclosure*** pursuant to 15 U.S.C. § 1681g(a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the ***Full Consumer File Disclosure*** as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the ***Full Consumer File Disclosure*** within the past 12 months and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my ***Full Consumer File Disclosure*** in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as was provided with my initial request,** I am enclosing a copy of my driver's license and Social Security Card for identification purposes. You are instructed to mask the first five digits of my Social Security Number in all writings you return to me.

Thank you in advance for promptly satisfying this request.

Regards,

*Brian G. Heyer*

Brian G. Heyer

**Attached**: Copies of my Social Security Card & Driver's License and my initial request are attached
Sent via U.S.P.S. Certified Mail # 7017 0660 0000 8958 6117, Return Receipt Requested

Scans of my driver's license and my social security card
to accompany my letter dated and mailed Oct. 10, 2017,
U.S.P.S. Certified mail #   7017 0660 0000 8958 6117





Brian G. Heyer

█████████████████

Greenville, WI 54942-8695

S. S. # ████████████ | D.O.B. ████████████

September 18. 2017

TransUnion
P.O. Box 2000
Chester, PA 19022

## Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).

To Whom It May Concern:

Please send me in writing ALL INFORMATION in my consumer file at TransUnion as of the date that you receive this letter regardless of how or where it is stored. Pursuant to 15 U.S. Code 1681g(a)(1), mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting the following:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at TransUnion.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from TransUnion.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at TransUnion used to adversely characterize me.

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by TransUnion in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate.

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from TransUnion.

Thank you in advance for promptly satisfying this request.

Regards,

*Brian G. Heyer*

Brian G. Heyer

**Attached**: Copy of my Social Security Card & Drivers License is attached
Sent: USPS Certified Mail # 7017 0660 0000 8958 6070

Brian G. Heyer

████████████████████████
Greenville, WI 54942-8695
S. S. # ████████████ | D.O.B. ████████████

Oct. 10, 2017

Equifax
P.O. Box 740256
Atlanta, GA 30374

### Final Request Pursuant to 15 U.S.C. § 1681g(a)(1)

To whom it may concern:

I am writing in regard to your response to my initial request for my **Full Consumer File Disclosure**. My request was very specific and I provided the exact sections of the FCRA which require you to provide it to me (see copy of my original letter attached). Your response was not correct in that you did not provide the **Full Consumer File Disclosure** as requested. I will once again state that I am requesting my **Full Consumer File Disclosure** pursuant to 15 U.S.C. § 1681g(a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the **Full Consumer File Disclosure** as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the **Full Consumer File Disclosure** within the past 12 months and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my **Full Consumer File Disclosure** in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as was provided with my initial request,** I am enclosing a copy of my driver's license and Social Security Card for identification purposes. You are instructed to mask the first five digits of my Social Security Number in all writings you return to me.

Thank you in advance for promptly satisfying this request.

Regards,

Brian G. Heyer

**Attached**: Copies of my Social Security Card & Driver's License and my initial request are attached
Sent via U.S.P.S. Certified Mail # 7017 0660 0000 8958 6100, Return Receipt Requested

Scans of my driver's license and my social security card
to accompany my letter dated and mailed Oct. 10, 2017,
U.S.P.S. Certified mail #   7017 0660 0000 8958 6100





Brian G. Heyer

███████████████

Greenville, WI 54942-8695

S.S. # ███████████ | D.O.B ███████████

September 18, 2017

Equifax
P.O. Box 740256
Atlanta, GA 30374

## Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).

To Whom It May Concern:

Please send me in writing ALL INFORMATION in my consumer file at Equifax as of the date that you receive this letter regardless of how or where it is stored. Pursuant to 15 U.S. Code 1681g(a)(1), mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting the following:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at Equifax.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from Equifax.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at Equifax used to adversely characterize me

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by Equifax in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from Equifax.

Thank you in advance for promptly satisfying this request.

Thank You,

*Brian G. Heyer* (signature)

Brian G. Heyer

Attached: Copy of Full File Disclosure Request attached

Sent: USPS Certified Mail # 7017 0660 0000 8958 6063



USPS Tracking®  ×

← → C | ⬤ Secure | https://m.usps.com/m/TrackConfirmAction

Apps ▮ Feedback Archive - C  G Google  M Gmail  📧 Google Voice  ▶ YouTube  ⬤ GDrive  Greenville,

Add a tracking number



**70170660000089586124**

**Delivered:**
CRUM LYNNE, PA 19022 on
November 6, 2017 at 12:33 pm

**Expected Delivery by:**
Monday, November 6, 2017 by
8:00pm

**70170660000089586117**

**Delivered:**
CRUM LYNNE, PA 19022 on
October 13, 2017 at 12:55 pm

**Expected Delivery on:**
On Time:
Friday, October 13, 2017 by
8:00pm

**70170660000089586100**

**Delivered:**
ATLANTA, GA 30348 on
October 14, 2017 at 2:06 pm

**Expected Delivery on:**
Saturday, October 14, 2017 by
8:00pm

**70170660000089586094**

**Delivered:**
ALLEN, TX 75013 on October
14, 2017 at 5:00 pm

↻ UPDATED 1/14/2018 2:48 PM

# EXHIBIT #3

Brian Gregory Heyer
~~████████████████~~
Greenville, WI 54942-8695
S. S. #~~████████~~ | D.O.B.~~████████~~

Nov. 2, 2017

TransUnion
P.O. Box 2000
Chester, PA 19016-2000

### <u>Final Request Pursuant to 15 U.SC. § 1681g(a)(1)</u>

To whom it may concern:

I am writing in regard to your response to my requests for my *Full Consumer File Disclosure.* My request was very specific, and I provided the exact sections of the FCRA which require you to provide it to me (see copy of my original letter attached). Your reply was non responsive to my request because you did not provide the *Full Consumer File Disclosure* as requested.

I will once again state that I am requesting my *Full Consumer File Disclosure* pursuant to 15 U.S.C. § 1681g(a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the *Full Consumer File Disclosure* as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the *Full Consumer File Disclosure* within the past 12 months, and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my *Full Consumer File Disclosure* in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as was provided with my prior requests,** I am enclosing a copy of my Wisconsin REAL ID Act-compliant Driver's License and Social Security Card for identification purposes. I am also enclosing a color copy of two recent utility bills.

You are instructed to mask the first five digits of my Social Security Number in all writings you return to me.

Thank you in advance for promptly satisfying this request.

Regards,

*Brian G. Heyer*

Brian Gregory Heyer

**Attached**: Copies of my Social Security Card, my Wisconsin REAL ID Act-compliant Driver's License, two utility bills, and my initial & second requests dated Sept 18 and Oct 10, respectively, are attached
Sent via U.S.P.S. Certified Mail # 7017 0660 0000 8958 6124, Return Receipt Requested

**Scans of my driver's license and my social security card
to accompany my letter dated and mailed Nov. 2, 2017,
U.S.P.S. Certified mail #   7017 0660 0000 8958 6124**



This gold star indicates
that this state-issued
identification has
complied with the
federal REAL ID Act.



**GREENVILLE SANITARY DISTRICT**
P.O. Box 139
Greenville, WI 54942

| CODE | READINGS | | USAGE | AMOUNT |
| | PREVIOUS | CURRENT | | |
| --- | --- | --- | --- | --- |
| | | | | 8.25 |
| W1 | 755 | 760 | 5 | 17.05 |
| WS | | | | 22.20 |
| SU | | | 5 | 8.49 |
| SS | | | | |
| WP | | | | |
| SP | | | | |

PRESORTED
FIRST CLASS
U.S. POSTAGE
PAID
Greenville, WI
Permit No. 3

**DUE DATE**
10/31/2017

**BILLING DATE**
10/10/2017

**ACCOUNT NO.**
602.01

**SERVICE TYPE**
RESIDENTIAL

FORWARDING SERVICE REQUESTED

AMOUNT DUE
55.99

AFTER DUE DATE PAY
57.67

SERVICE FROM - TO
08/31/2017  10/02/2017

DUE DATE
10/31/2017

AFTER DUE DATE PAY
57.67

RETURN BOTTOM PORTION WITH PAYMENT

Sign up for our convenient Auto Pay option!

**SERVICE ADDRESS**

W6786 SUNNYVALE LANE

ACCOUNT NO. ▓▓▓▓▓▓▓▓   AMOUNT DUE   55.99

**ACH pymt - Tuesday, Oct. 31**

BRIAN & AMY HEYER
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
GREENVILLE WI 54942





| ACCOUNT NUMBER | WITHDRAWAL DATE | WITHDRAWAL AMOUNT |
|---|---|---|
| ▓▓▓▓▓▓ | 10/30/2017 | $158.00 |

**BRIAN G HEYER**
▓▓▓▓▓▓▓▓▓▓
**GREENVILLE WI 54942**

## Monthly Energy Usage



▓ This Year    ☐ Last Year

|  | Usage/Day | | Charges/Day | | Avg Temp | |
|---|---|---|---|---|---|---|
| Electric | 16.28 | 20.28 | $2.83 | $3.29 | 68F | 60F |
| Gas | .52 | .72 | $0.57 | $0.68 | 65F | 60F |

## Billing Summary - Budget Month 1 of 12

Previous Balance 09/11/17 .......................... $158.00
Payment Received As Of 10/02/17 .............. $158.00 CR
Balance As Of 10/10/17 ............................. $.00
Current Budget Charges 10/10/17 ............... $158.00
Total Amount Due **$158.00**

## Actual Balance Information

Previous Actual Balance 09/11/17 ................. $30.33
Payment Received As Of 10/02/17 ............... $158.00 CR
Current Charges 10/10/17 ............................ $98.71
New Actual Balance **$28.96** CR

After paying your Total Amount Due of $158.00
your Budget Settlement Balance will be **$186.96CR**

## Electric Service for 09/11/17 to 10/10/17 (29 Days) - 124 Heating Degree Days / 116 Cooling Degree Days

**Electricity**
Meter Number ......................... NZT411351
Actual Reading on 10/10/17 ...................... 3365
Actual Reading on 09/11/17 ...................... 2893
Total Electricity **472 kWh**
Next Scheduled Meter Reading Date .... 11/08/17

**Current Electricity Charges**
Residential Electric Service - RG1        29 Days
Facilities (29 days x $.526020/days) .......................................... $15.25
State Low-Income Assistance Fee .............................................. $2.28
Energy (472 kWh x $.131110/kWh) ............................................ $61.88
Fuel Cost Adjustment (472 kWh x $.002260-/kWh) ................... $1.07 CR
Subtotal Electricity Charges **$78.34**
Sales Tax ($76.06 x 5.00%) ....................................................... $3.80
Total Electricity Charges **$82.14**

## Gas Service for 09/10/17 to 10/09/17 (29 Days) - 123 Heating Degree Days / 117 Cooling Degree Days

**Gas**
Meter Number ......................... 1711226
Actual Reading on 10/09/17 ...................... 769
Actual Reading on 09/10/17 ...................... 754
Difference ................................................. 15
Heat Factor Adjustment (15 x 1.0322)
.............................................................. 15 therms
Total Gas **15 therms**
Next Scheduled Meter Reading Date .... 11/08/17

**Current Gas Charges**
Residential Gas Service - RG1 (WEGO)        29 Days
Facilities (29 days x $.330000/days) .......................................... $9.57
Distribution (15 therms x $.150900/therms) ............................. $2.26
Base Gas (15 therms x $.559700/therms) ................................ $8.40
PGA (15 therms x $.296603-/therms) ....................................... $4.45 CR
Subtotal Gas Charges **$15.78**
Sales Tax ($15.78 x 5.00%) ....................................................... $.79
Total Gas Charges **$16.57**

## Messages

☐ **Important Payment Option Information**   This is your first bill in your new Budget Billing year. Your monthly budget amount is $ 158 .

## Contact Us Anytime

Customer Service: 1-800-242-9137
Electric Emergency: 1-800-662-4797

Web Site: www.we-energies.com
Gas Emergency: 1-800-261-5325

Please detach bottom portion and return with your payment made payable to We Energies. Please mail payment 7 days prior to due date.

Brian G. Heyer

Greenville, WI 54942-8695

S.S. #: ███████████    D.O.B. ███████████

Oct. 10, 2017

Trans Union
P.O. Box 2000
Chester, PA 19022

## <u>Final Request Pursuant to 15 U.SC. § 1681g(a)(1)</u>

To whom it may concern:

I am writing in regard to your response to my initial request for my *Full Consumer File Disclosure*. My request was very specific and I provided the exact sections of the FCRA which require you to provide it to me (see copy of my original letter attached). Your response was not correct in that you did not provide the *Full Consumer File Disclosure* as requested. I will once again state that I am requesting my *Full Consumer File Disclosure* pursuant to 15 U.S.C. § 1681g(a)(1) to include all other such information listed specifically in my initial letter. No response by you other than providing the *Full Consumer File Disclosure* as required by the FCRA will be appropriate or accepted by me.

My initial letter was my first request for the *Full Consumer File Disclosure* within the past 12 months and there is no provision in the FCRA which allows you to charge me for it. I expect your full compliance with the law and for me to receive my *Full Consumer File Disclosure* in a timely manner as required by the FCRA. Your failure to do so will result in me initiating legal action against you to force compliance under the law. Your timely response is appreciated. Act accordingly.

**Once again as was provided with my initial request,** I am enclosing a copy of my driver's license and Social Security Card for identification purposes. You are instructed to mask the first five digits of my Social Security Number in all writings you return to me.

Thank you in advance for promptly satisfying this request.

Regards.

*[signature]*

Brian G. Heyer

<u>Attached</u>: Copies of my Social Security Card & Driver's License and my initial request are attached.
Sent via U.S.P.S. Certified Mail # 7017 0660 0000 8958 6117. Return Receipt Requested

Brian G. Heyer

████████████████████
Greenville, WI 54942-8695
S. S. ██████████ | D.O.B. ██████████

September 18, 2017

TransUnion
P.O. Box 2000
Chester, PA 19022

### **Full File Disclosure Request pursuant to 15 U.S. Code 1681g(a)(1).**

To Whom It May Concern:

Please send me in writing ALL INFORMATION in my consumer file at TransUnion as of the date that you receive this letter regardless of how or where it is stored. Pursuant to 15 U.S. Code 1681g(a)(1), mask the first five digits of my Social Security Number in all writings you return to me.

In addition, I am requesting the following:

1. Pursuant to 15 U.S. 1681g(a)(2), all sources of information in my consumer file at TransUnion.

2. Pursuant to 15 U.S. 1681g(a)(3)(A), the identification of each person that procured a consumer report on me from TransUnion.

3. Pursuant to 15 U.S. 1681g(a)(3)(B), the name, trade name, address, and telephone number of each person identified under 15 U.S. 1681g(a)(3)(A).

4. Pursuant to 15 U.S. 1681g(a)(4), the dates, original payees, and amounts of any checks in my consumer file at TransUnion used to adversely characterize me.

5. Pursuant to 15 U.S. 1681g(a)(5), a record of all inquiries received by TransUnion in the year preceding the receipt of this request that identified me in connection with a credit or insurance transaction that I did not initiate.

This is a request for a full file disclosure to include all obsolete and archived information as permitted by the Fair Credit Reporting Act. It is my first full file disclosure request for this calendar year from TransUnion.

Thank you in advance for promptly satisfying this request.

Regards,

Brian G. Heyer

**Attached**: Copy of my Social Security Card & Drivers License is attached
Sent:   USPS Certified Mail # 7017 0660 0000 8958 6070
Return Receipt Requested