# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# AT GREEN BAY

| | |
|---|---|
| BRIAN G. HEYER,<br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS,<br>INC.; TRANS UNION, LLC; EQUIFAX INC.;<br>and EQUIFAX INFORMATION SERVICES, LLC;<br>    Defendants. | CASE NO. 1:19-cv-00015-WCG<br><br><br>Chief Judge William C. Griesbach |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has, on this date, entered his Appearance as lead counsel on behalf of Trans Union, LLC in the above referenced case.

    Respectfully submitted,

    *s/ Justin T. Walton*
    Justin T. Walton, Esq. (IN #29540-49)
    Schuckit & Associates, P.C.
    4545 Northwestern Drive
    Zionsville, IN  46077
    Telephone:  317-363-2400
    Fax:  317-363-2257
    E-Mail:  jwalton@schuckitlaw.com

    *Lead Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **24th day of January, 2019**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **24th day of January, 2019**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Brian G. Heyer<br>W6786 Sunnyvale Lane<br>Greenville, WI  54942-8695 | |
|---|---|

*s/ Justin T. Walton*
Justin T. Walton, Esq. (IN #29540-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  jwalton@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*