# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## AT GREEN BAY

BRIAN G. HEYER,
          Plaintiff,

    vs.

EXPERIAN INFORMATION SOLUTIONS,
INC.; TRANS UNION, LLC; EQUIFAX INC.;
and EQUIFAX INFORMATION SERVICES, LLC;
        Defendants.

CASE NO. 1:19-cv-00015-WCG

Chief Judge William C. Griesbach

## DEFENDANT TRANS UNION LLC'S
## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Trans Union LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

TransUnion LLC discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity with the ticker symbol TRU. Investment funds affiliated with T. Rowe Price Group, Inc., a publicly-traded entity with the ticker symbol TROW, own more than 10 percent of TransUnion's stock.

Respectfully submitted,


 _s/ Katherine E. Carlton Robinson_
Justin T. Walton, Esq. (IN #29540-49)
Katherine E. Carlton Robinson, Esq.
(IN #31694-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  jwalton@schuckitlaw.com
             krobinson@schuckitlaw.com

_Lead Counsel for Defendant Trans Union,_
_LLC_

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **24th day of January, 2019**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|-------|---|

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **24th day of January, 2019**, properly addressed as follows:

| **Pro Se Plaintiff**<br>Brian G. Heyer<br>W6786 Sunnyvale Lane<br>Greenville, WI 54942-8695 | |
|---|---|

*s/ Katherine E. Carlton Robinson*
Justin T. Walton, Esq. (IN #29540-49)
Katherine E. Carlton Robinson, Esq.
(IN #31694-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: jwalton@schuckitlaw.com
krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Page 3 of 3