UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

BRIAN G. HEYER,

    Plaintiff,

  v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, EQUIFAX, INC., EQUIFAX INFORMATION SERVICES LLC,

    Defendants.

CASE NO. 19-CV-15

Hon. William C. Griesbach

---

### NOTICE OF APPEARANCE OF MARIE G. BAHOORA FOR EXPERIAN INFORMATION SOLUTIONS, INC.

---

PLEASE TAKE NOTICE that Attorney Marie G. Bahoora hereby enters her appearance along with Michael Best & Friedrich LLP to represent Experian Information Solutions, Inc. in this action. Please send all papers, pleadings, and other documents associated with this action to all counsel of record for Experian Information Solutions, Inc.

Dated this 21st day of February, 2019.

                                                          **MICHAEL BEST & FRIEDRICH, LLP**

                                                          By: s/ *Marie G. Bahoora*
                                                             Michelle L. Dama, SBN 1041809
                                                             mldama@michaelbest.com
                                                             1 South Pinckney Street, Suite 700
                                                             Madison, Wisconsin 53703
                                                             T: (608) 257-3501
                                                             F: (608) 283-2275

Marie G. Bahoora, SBN 1092689
mgbahoora@michaelbest.com
100 E. Wisconsin Avenue, Ste. 3300
Milwaukee, WI 53202
T: 414-271-6560
F: 414-277-0656

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*