# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### GREEN BAY DIVISION

BRIAN G. HEYER

     Plaintiff,

                          Case No. 1:19-cv-00015-WCG

v.

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

     Defendants.

## DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX, INC., AND EQUIFAX INFORMATION SERVICES, LLC'S JOINT MOTION TO DISMISS COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Experian Information Solutions, Inc. ("Experian"), Equifax, Inc., and Equifax Information Services, LLC ("EIS" and, together with Equifax, Inc., "Equifax"), hereby jointly move this Court for an order dismissing the Complaint filed by Plaintiff Brian G. Heyer and granting all other relief that the Court deems appropriate. In support of this motion, Defendants rely upon the accompanying memorandum. For the reasons set forth more fully in its accompanying memorandum, Defendants request that this motion be granted.

Dated: March 8, 2019                   Respectfully submitted,

                                   */s/ Marie G Bahoora*
                                   Marie G Bahoora
                                   Michael Best & Friedrich LLP
                                   100 E Wisconsin Ave - Ste 3300
                                   Milwaukee, WI 53202-4108
                                     414-271-6560
                                   Fax: 414-277-0656
                                   Email: mgbahoora@michaelbest.com

*Attorneys for Experian Information Solutions Inc*

Dated: March 11, 2019

Respectfully submitted,

/s/*Meryl W. Roper*
Meryl W. Roper
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
(404) 572-4600 (tel)
(404) 572-5100 (fax)
mroper@kslaw.com

*Attorneys for Equifax Information Services LLC and Equifax Inc.*

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing document by ECF, which will send notification of such filing to the following attorneys of record:

Marie G Bahoora
Michael Best & Friedrich LLP
100 E Wisconsin Ave - Ste 3300
Milwaukee, WI 53202-4108

Michelle L Dama
Michael Best & Friedrich LLP
Firstar Plaza
1 S Pinckney St - Ste 700
PO Box 1806
Madison, WI 53701-1806

J Robert Weyreter
Justin T Walton
Katherine E Carlton Robinson
Schuckit & Associates PC
4545 Northwestern Dr
Zionsville, IN 46077

And via U.S. Mail to:

Brian G Heyer
W6786 Sunnyvale Ln
Greenville, WI 54942-8695

Dated: March 11th, 2019

                                        KING & SPALDING LLP

                                        */s/ Meryl W. Roper*
                                        Meryl W. Roper
                                        *Attorney for Defendant Equifax Information
                                        Services LLC*