UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

BRIAN G. HEYER

    Plaintiff,

                              Case No. 1:19-cv-00015-WCG

v.

EXPERIAN INFORMATION SOLUTIONS,
INC., et al.,

    Defendants.

## DECLARATION OF MERYL W. ROPER IN SUPPORT OF DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX, INC., AND EQUIFAX INFORMATION SERVICES, LLC'S JOINT MOTION TO DISMISS COMPLAINT

I, Meryl W. Roper, hereby make this declaration under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of 21, and have personal knowledge of the facts set forth herein, and those facts are true and correct. If called to testify, I could and would testify competently hereto.

2. I am an attorney with the law firm of King and Spalding LLP and represent Equifax Information Services LLC ("Equifax") in the above-captioned action. I submit this declaration in support of Defendants Experian Information Solutions, Inc., Equifax, Inc., and Equifax Information Services, LLC's Joint Motion to Dismiss Complaint. This declaration is submitted based upon my personal knowledge.

3. Pursuant to Civil L. R. 7, I have attached true and correct copies of the unreported opinions cited in Defendants Experian Information Solutions, Inc., Equifax, Inc., And Equifax Information Services, LLC's Memorandum in Support of Joint Motion to Dismiss Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 11, 2018.

By: <u>/s/ Meryl W. Roper</u><br>Meryl W. Roper