UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
AT GREEN BAY

---

BRIAN G. HEYER,
    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS,
INC.; TRANS UNION, LLC; EQUIFAX INC.;
and EQUIFAX INFORMATION SERVICES, LLC;
    Defendants.

CASE NO. 1:19-cv-00015-WCG

Chief Judge William C. Griesbach

---

**JOINT STIPULATION REGARDING WITHDRAWAL OF PLAINTIFF'S MOTION TO STRIKE AND TRANS UNION LLC'S AFFIRMATIVE DEFENSES #1-5**

---

Plaintiff Brian Heyer ("Plaintiff"), and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby jointly stipulate and agree that Trans Union's Affirmative Defenses 1 through 5 and Plaintiff's Motion To Strike filed on March 21, 2019 [Doc. No. 21] are withdrawn. Plaintiff and Trans Union further stipulate:

1.    On January 2, 2019, Plaintiff filed his Complaint in the above-captioned matter [Doc. No. 1].

2.    On March 8, 2019, Trans Union filed its Answer To Plaintiff's Complaint and Affirmative Defenses [Doc. No. 15].

3.    On March 21, 2019, Plaintiff filed his Motion to Strike Defendant Trans Union LLC's Affirmative Defenses [Doc. No. 18].

4.    On March 28, 2019, the undersigned counsel confirmed with Plaintiff that he is not asserting any claims as to the accuracy of Trans Union's reporting nor are his claims related to or are seeking relief under 15 U.S.C § 1681e or 1681i. Accordingly, Plaintiff agreed to withdraw his

Motion To Strike in its entirely in exchange for Trans Union's withdrawal of its Affirmative Defenses 1 through 5. However, Trans Union reserves the right to reassert these affirmative defenses should Plaintiff amend his pleadings to assert a claim under 15 U.S.C § 1681e or 1681i.

5. Accordingly, Plaintiff, Brian Heyer and Defendant Trans Union, LLC by counsel, hereby stipulate and agree that Trans Union's Affirmative Defenses 1 through 5 and Plaintiff's Motion To Strike are withdrawn.

Respectfully submitted,

*s/ J. Robert Weyreter*
Justin T. Walton, Esq. (IN #29540-49)
Katherine E. Carlton Robinson, Esq.
(IN #31694-49)
J. Robert Weyreter, Esq. (IN #35405-49)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: jwalton@schuckitlaw.com
krobinson@schuckitlaw.com
jweyreter@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

*s/ Brian G. Heyer (with consent)*
Brian G. Heyer
W6786 Sunnyvale Lane
Greenville, WI 54942-8695
Telephone: 920-710-0171
E-Mail: heyerstandards@gmail.com

*Pro Se Plaintiff*