## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## AT GREEN BAY

BRIAN G. HEYER,  
    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INC.; and EQUIFAX INFORMATION SERVICES, LLC;  
    Defendants.

CASE NO. 1:19-cv-00015-WCG

Chief Judge William C. Griesbach

### ORDER GRANTING JOINT STIPULATION REGARDING WITHDRAWAL OF PLAINTIFF'S MOTION TO STRIKE AND TRANS UNION LLC'S AFFIRMATIVE DEFENSES #1-5

Plaintiff Brian Heyer, and Defendant Trans Union, LLC, by counsel, having filed their Joint Stipulation Regarding Withdrawal Of Plaintiff's Motion To Strike And Trans Union LLC's Affirmative Defenses #1-5, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that Plaintiff's Motion To Strike and Trans Union LLC's Affirmative Defenses #1-5 are withdrawn.

Date: _____

_____  
JUDGE, United States District Court,  
Eastern District of Wisconsin

DISTRIBUTION TO:

| | |
|---|---|
| Brian G. Heyer<br>heyerstandards@gmail.com | Justin T. Walton, Esq.<br>jwalton@schuckitlaw.com |
| Marie G. Bahoora, Esq.<br>mgbahoora@michaelbest.com | Katherine E. Carlton Robinson, Esq.<br>krobinson@schuckitlaw.com |
| Michelle L. Dama, Esq.<br>mldama@michaelbest.com | Meryl W. Roper, Esq.<br>mroper@kslaw.com |
| J. Robert Weyreter, Esq.<br>jweyreter@schuckitlaw.com | |