UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

**BRIAN G. HEYER,**

    **Plaintiff,**

    **v.**

Case No.: 1:19-cv-00015-WCG

**EXPERIAN INFORMATION
SOLUTIONS, INC., ET AL.,**

    **Defendants.**

---

## DECLARATION OF MARIE G. BAHOORA

---

I, Marie G. Bahoora, declare as follows:

1. I am an adult resident of the State of Wisconsin and am one of the attorneys representing Defendant Experian Information Solutions, Inc. in the above-captioned matter.

2. I make this declaration based on personal knowledge of the facts stated.

3. Attached as Exhibits 1-4 are true and correct copies of the following unpublished cases, which are cited in Defendants' Joint Reply in Support of their Motion to Dismiss.

    Exhibit 1: *Erien Frazier v. Experian Info. Sols.*, No. GLR-18-68, 2018 WL 6726311 (D. Md. Dec. 21, 2018)

    Exhibit 2: *Matson v. Edfinancial Servs. LLC*, No. 14-CV-1052-JPS, 2015 WL 5010515 (E.D. Wis. Aug. 21, 2015)

    Exhibit 3: *Rosco v. Equifax Info. Servs., Inc.*, No. 1:14-CV-141, 2015 WL 5613203 (N.D. Ind. Sept. 23, 2015)

    Exhibit 4: *Singleton v. Domino's Pizza, LLC*, No. DKC 11-1823, 2012 WL 245965 (D. Md. Jan. 25, 2012)

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 15th day of April, 2019.    **MICHAEL BEST & FRIEDRICH LLP**

*/s/ Marie G. Bahoora*
Marie G. Bahoora
MICHAEL BEST & FRIEDRICH LLP
100 E Wisconsin Ave – Ste. 3300
Milwaukee, WI 53202-4108
Telephone: +1.414.271.6560
Facsimile: +1.414.277.0656
Email: mgbahoora@michaelbest.com

*Attorney for Defendant*
*Experian Information Solutions, Inc.*