# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
## GREEN BAY DIVISION

---

**BRIAN G. HEYER,**

      **Plaintiff,**

           Case No.: 1:19-cv-00015-WCG

    **v.**

**EXPERIAN INFORMATION
SOLUTIONS, INC., ET AL.,**

      **Defendants.**

---

## DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

The undersigned counsel of record for Defendant Experian Information Solutions, Inc., furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1.      The full name of the only party undersigned counsel represents in this case is Experian Information Solutions, Inc.

2.      The ultimate parent company of Experian Information Solutions, Inc. is Experian plc.  Experian plc owns 100 percent of Experian Information Solutions, Inc. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

3.      Experian Information Solutions, Inc. is represented by counsel from Michael Best & Friedrich, LLP in this action.  Experian Information Solutions, Inc. is also represented by its national counsel from Jones Day.

Dated:  May 1, 2019                                    Respectfully submitted,


  */s/ Marie G. Bahoora*
Marie G. Bahoora
MICHAEL BEST & FRIEDRICH LLP
100 E Wisconsin Ave – Ste. 3300
Milwaukee, WI 53202-4108
Telephone:  +1.414.271.6560
Facsimile:  +1 414.277.0656
Email:  mgbahoora@michaelbest.com

Michelle L. Dama, SBN 1041809
MICHAEL BEST & FRIEDRICH LLP
South Pinckney Street, Suite 700
Madison, Wisconsin 53703
Telephone: +1.608.257.3501
Facsimile:  +1.608.283.2275
Email:  mldama@michaelbest.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

2

Case 1:19-cv-00015-WCG   Filed 05/01/19   Page 2 of 2   Document 25