AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
EASTERN DISTRICT OF WISCONSIN

BRIAN G. HEYER,

        Plaintiff,

        v.

EXPERIAN INFORMATION
SOLUTIONS, INC., et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**
Case No. 19-C-15

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and the case is DISMISSED.

      Approved:     s/ William C. Griesbach
                                 William C. Griesbach, Chief Judge
                                 United States District Court

Dated: July 3, 2019

                                 STEPHEN C. DRIES
                                 Clerk of Court

                                 s/ Cheryl A. Veazie
                                 (By) Deputy Clerk